UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00272

**Corey Coleman,**
*Plaintiff,*

v.

**William T. Mullins et al.,**
*Defendants.*

**ORDER**

Plaintiff, a Texas Department of Criminal Justice inmate proceeding pro se, filed this action complaining of civil-rights violations. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the court dismiss plaintiff's complaint without prejudice for plaintiff's failure to comply with two court orders of the court—namely, orders directing plaintiff to (1) submit an initial, partial filing fee of $8.45 within thirty days from receipt of the order (Doc. 4), and (2) file an amended complaint, also within thirty days of receipt (Doc. 5). Doc. 7 at 2.

The court mailed the report to plaintiff's last-known address. However, plaintiff did not file written objections. Proof of mailing creates a presumption that the properly addressed letter "reached its destination in the usual time and was actually received by the person to whom it was addressed." *Faciane v. Sun Life Assurance Co. of Can.*, 931 F.3d 412, 420–21 (5th Cir. 2019).

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's case is dismissed without prejudice for failure to comply with two court orders. Any pending motions are denied as moot.

*So ordered by the court on November 5, 2025.*

J. CAMPBELL BARKER
United States District Judge